**CT Corporation**

**Service of Process Transmittal**
06/22/2018
CT Log Number 533568684

**TO:** Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:** **Process Served in Louisiana**

**FOR:** Target Corporation of Minnesota  (Assumed Name)  (Domestic State: MN)
Target Corporation (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOSEPHINE MCGINNIS , Pltf. vs. TARGET CORPORATION OF MINNESOTA, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Petition, Request |
| **COURT/AGENCY:** | 24th Judicial District Court, Parish of Jefferson, LA<br>Case # 784061 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 05/30/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/22/2018 at 08:40 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Joseph "Jocy" F. Laffatte, III<br>LAHATTE LAW FIRM, L.L.C.<br>2000 Clearview Parkway, Suite 203<br>Metairie, LA 70001<br>504) 309-2996 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/22/2018, Expected Purge Date: 06/27/2018<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / AG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 

(101) CITATION: PETITION FOR DAMAGES/ REQUEST FOR NOTICE;   180615-7620-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

JOSEPHINE MCGINNIS
versus
TARGET CORPORATION OF MINNESOTA

Case: 784-061   Div: "L"
P 1 JOSEPHINE MCGINNIS

To: TARGET CORPORATION OF MINNESOTA
THROUGH THEIR REGISTERED AGENT OF SERVICE
CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE LA 70816

EBR #158 $39.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ REQUEST FOR NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney JOSEPH F. LAHATTE III and was issued by the Clerk of Court on the 15th day of June, 2018.

/s/ Brooke L Camardelle
Brooke L Camardelle, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

___SERVICE INFORMATION___

(101) CITATION: PETITION FOR DAMAGES/ REQUEST FOR NOTICE;   180615-7620-5

Received:_____   Served:_____   Returned:_____

Service was made:
____ Personal          ____ Domiciliary _____

Unable to serve:
____ Not at this address     ____ Numerous attempts ____ times
____ Vacant                  ____ Received too late to serve
____ Moved                   ____ No longer works at this address
____ No such address         ____ Need apartment / building number
____ Other_____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____  #_____
              Deputy Sheriff
Parish of:_____



# 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

DOCKET NO.: 784-061                                        DIVISION: L

### JOSEPHINE MCGINNIS

### VERSUS

### TARGET CORPORATION OF MINNESOTA

FILED: _____        _____
                                                             DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of JOSEPHINE MCGINNIS, (hereinafter referred to as the petitioner) a person of full age and majority, domiciled in the Parish of Jefferson, State of Louisiana, respectfully represents as follows:

1.

Made defendants herein are:

a.) Target Corporation of Minnesota, a foreign corporation doing business within the state of Louisiana. (collectively "Target")

2.

Venue is appropriate as the acts which give rise to this litigation occurred in Jefferson Parish.

3.

Upon information and belief herein, at all times pertinent herein, Target owned and/or operated the Target Store (store no. 1449), located at 4500 Veterans Memorial Blvd., Metairie, LA, 70006 (hereinafter the "Store").

4.

On or about May 30, 2017, Petitioner was a Patron of the Store and was walking towards the registers.



06/15/2018 09:18:10 CERTIFIED TRUE COPY - Pg:1 of 5 - Jefferson Parish Clerk of Court - ID:1825126

5.

Petitioner was walking towards the registers when she suddenly slipped on a freshly waxed area of the floor. There were no warnings of this dangerous condition at the time of Petitioner's fall. A Target employee took a report of the incident.

6.

As a result of the accident, your petitioner, JOSEPHINE MCGINNIS, sustained various injuries, including, but not limited to, a fracture nose, several bruises on her face, a cut on her upper lip and injuries to her right leg. The injuries required JOSEPHINE MCGINNIS to seek medical treatment.

7.

The accident, injuries and damages described above were caused by the fault or negligence of Target in the following non-exclusive particulars:

a) Failure to properly maintain the Store in a reasonably safe condition;

b) Failure to discover and remedy a dangerous condition on its property;

b) Failure to discover and warn about a dangerous condition on its property;

c) Failure to inspect its property for dangers before opening it to members of the public; and

d) Other acts of negligence to be proven at trial.

8.

As a result of the injuries she sustained in the above-described incident, JOSEPHINE MCGINNS, experienced physical and mental pain and suffering and incurred medical expenses.

9.

Plaintiff reserves the right to amend this Petition upon further discovery of information currently being withheld by Target.

**WHEREFORE,** plaintiff JOSEPHINE MCGINNIS, prays that the defendant, Target Corporation of Minnesota, be cited and served with a copy of this Petition for Damages, and after due proceedings are had, there be judgment rendered in her favor, and against defendants, Target Corporation of Minnesota for such damages as are reasonable, plus legal interest from the



06/15/2018 09:18:10 CERTIFIED TRUE COPY - Pg:2 of 5 - Jefferson Parish Clerk of Court - ID:1825126

date of judicial demand, all costs of these proceedings, including expert costs, attorney's fees and all other such general and equitable relief as is warranted.

Respectfully submitted:

**LAHATTE LAW FIRM, L.L.C.**

_____
**Joseph "Joey" F. LaHatte, III No. 31224**
2000 Clearview Parkway, Suite 203
Metairie, Louisiana 70001
Telephone: (504) 309-2996
Facsimile: (855) 733-8180
Email: joey@lahattelaw.com

- AND -

BRANDNER LAW FIRM, L.L.C.
MICHAEL S. BRANDNER, JR. (La. Bar 27973)
SCOT P. KOLOSKI (La. Bar 27537)
2000 Clearview Pkwy., Suite 201
Metairie, Louisiana 70001
Telephone: (504) 552-5000
Facsimile: (504) 521-7550
Email: Michael@BrandnerLawFirm.com
Email: Scotk@BrandnerLawFirm.com
Attorneys for Petitioner

**PLEASE SERVE:**

**Target Corporation Of Minnesota**
Through their registered agent of service
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

24th E-Filed: 05/22/2018 15:09:31 Case: 784061 Div:L Atty:031224 JOSEPH F LAHATTE III



06/15/2018 09:18:10 CERTIFIED TRUE COPY - Pg:3 of 5 - Jefferson Parish Clerk of Court - ID:1825126

Joseph Lahatte



### JON A. GEGENHEIMER
### JEFFERSON PARISH CLERK OF COURT
24th Judicial District Court Civil Records Department
P.O. BOX 10 • GRETNA LA 70054-0010 • (504) 364-3740

## CIVIL RECORDS TELEPHONE CALL LOG

**Call 1**

Case No: 784-061  Div. "L"  5-22-18, 2018
Deputy Clerk: s/ S. MAUTERER
Deputy Clerk Spoke To: Lauren - Karen  Time: 4:17 pm
of

Notes: $39.96 EBR

Sending check

**Call 2**

Case No: 784-061 Div. "L"  7 June, 2018
Deputy Clerk: s/ S. MAUTERER BLC  Time: 9:09 AM
Deputy Clerk Spoke To: Lauren @ 309-2996

Notes: left msg w/ Lauren to have Karen call me back.

7 June 2018 @ 9:30 AM
Karen called back & will have checks sent over today.

**Call 3**

Case No: 784-061 Div. "L"  12 June, 2018
Deputy Clerk: s/ S. MAUTERER BLC  Time: 10:43 AM
Deputy Clerk Spoke To: Lauren @ 309-2996

Notes: Lauren is putting checks in mail today. Sending to my attn.

15 June 2018 @ 9:14 AM
rec'd checks in mail
EBR #158 $39.36

06/15/2018 09:18:10 CERTIFIED TRUE COPY - Pg:4 of 5 - Jefferson Parish Clerk of Court - ID:1825126

Please find enclosed payment to East Baton Rouge Sheriff for Case 784061 Division L

EBR #158 $39.36

recd check

FILED FOR RECORD 06/15/2018 09:13:22
Alexis K. Barteet, DY CLERK
JEFFERSON PARISH, LA

 06/15/2018 09:18:10 CERTIFIED TRUE COPY - Pg:5 of 5 - Jefferson Parish Clerk of Court - ID:1825126

6-25-2018    000258812G0001    6020180625015497

515

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

DOCKET NO.: 784061    DIVISION: L

### JOSEPHINE MCGINNIS

### VERSUS

### TARGET CORPORATION OF MINNESOTA

FILED: _____    _____
                                  DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes your Petitioner herein, JOSEPHINE MCGINNIS, pursuant to LCCP Articles 1572, 1913, and 1914, who asks this Court for written notice ten (10) days in advance of the date fixed for the hearing of any exception, motion, rule, or trial on the merits, in the captioned proceeding. Furthermore, Petitioner requests immediate notice of all interlocutory and final orders on any judgments, exceptions, motions, rules, and/or of the trial on the merits in the captioned.

Respectfully submitted:

LAHATTE LAW FIRM, L.L.C.

_____
Joseph "Joey" F. LaHatte, III No. 31224
2000 Clearview Parkway, Suite 203
Metairie, Louisiana 70001
Telephone:   (504) 309-2996
Facsimile:   (855) 733-8180
Email: joey@lahattelaw.com



06/15/2018 09:18:10 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:1825126

24th E-Filed: 05/22/2018 16:08:31 Case: 784061 Div:L Atty:031224 JOSEPH F LAHATTE III

6-25-2018                           000258812G0001                           6020180625015497