UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPHINE MCGINNIS,**<br>     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-9693** |
| **TARGET CORPORATION<br>OF MINNESOTA,**<br>     Defendant | **SECTION: "E" (4)** |

## JUDGMENT

Considering the Court's Order and Reasons dated September 13, 2019 (R. Doc. 58);

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant Target Corporation of Minnesota and against Plaintiff Josephine McGinnis.

**New Orleans, Louisiana, this 16th day of September, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**